FRANK P. WALSH, Respondent, v. MACFADDEN PUBLICATIONS, INC., and Another, Appellants.— Order modified by granting preference only over issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

F. RAY COMSTOCK, Respondent, v. JACOB J. SHUBERT and Others, Appellants. Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SVEA P. DANZILO v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the proposed case on appeal to be served on or before February 27, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MYRON H. KIRSCHBAUM v. DANIEL MOSCOW, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PRUDENTIAL INSURANCE COMPANY OF AMERICA and Another v. WORBER Co., INC., and GOLRAN REALTY CORPORATION, Impleaded.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PARKER C. KALLOCH v. MATTHEW DRUMMOND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Liquidate the Business of THE WORLD MUTUAL CASUALTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MANN v. CLARA LOBEL MADDERN MANN OSKOW (Formerly Known as CLARA LOBEL MANN).— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD SHAUGHNESSY v. 4-ONE BOX MACHINE MAKERS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AIMEE I. RUSSAK v. EDWARD B. RUSSAK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FRANCES KORN v. ALEXANDER KORN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MADISON DISTRIBUTING COMPANY, INC., v. PHŒNIX PIECE DYE WORKS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEOPOLD D. STERN v. BELLARD REALTY CORPORATION, Impleaded, etc.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.